**No. 09-10016. Trenell J. Coleman, Petitioner v. United States.**

560 U.S. 914, 130 S. Ct. 3298, 176 L. Ed. 2d 1200, 2010 U.S. LEXIS 3900.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 575 F.3d 316.